To: Keith A. Pesto; Magistrate Judge
3:25-cv-328

    I Bobby Lee Nicholson, would like my name to be added to the civil-suit against Blair County Prison. My incarceration date here at Blair County Prison is as follows; April 1, 2025  4/1/25

Sincerely yours

Bobby Nicholson
10/26/25

RECEIVED
OCT 30 2025
CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

FILED
OCT 30 2025
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA